**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

**SUSAN CHILDERS NORTH,**

     **Plaintiff,**

**v.**                                                                    **CASE NO.: 4:13cv00002-AWA-DEM**

**MERCANTILE ADJUSTMENT BUREAU, LLC**

     **Defendant.**

**FRCP 41(a)(1)(A)(I) NOTICE OF DISMISSAL**

COMES NOW, the Plaintiff, by Counsel, and provides her notice of dismissal, with prejudice, the opposing party having not served an answer or a motion for summary judgment, and the Plaintiff having not previously dismissed any Federal or State Court action based on, or including the same claim.

**SUSAN CHILDERS NORTH**

_____/s/ Christopher Colt North_____

Dated: March 5, 2013                              By:

The Consumer & Employee Rights Law Firm, P.C.
Christopher Colt North, VSB#: 16955
751-A Thimble Shoals Boulevard
Newport News, VA 23606
Phone: (757) 873-1010
Fax: (757) 873-8375
Email: cnorthlaw@aol.com

CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) to the following:

William Delaney Bayliss
bbayliss@williamsmullen.com

    /s/ Christopher Colt North

Christopher Colt North
VSB #16955
Attorney for Plaintiff
Law Office of Christopher Colt North
751-A Thimble Shoals Boulevard
Newport News, Virginia 23606
Phone: (757) 873-1010
Fax:   (757) 873-8375
Email: cnorthlaw@aol.com